FILED

MAY – 7 2003

SAMUEL L. KAY, CLERK
U. S. District &...
Southern Dist...

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

PRINCE A. PRICE      2222

*(Enter above the full name of the plaintiff*    *(Inmate Reg.# of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**      CIVIL ACTION NO. 2:03 – 0404

*(Number to be assigned by Court)*

W.V. REGIONAL JAIL AUTHORITY

EXCUTIVE DIRECTOR STEVEN CANTERBURY

JAIL ADMINISTRATOR WILLIAM L. FREDERICKS

CHEIF CORRECTIONAL OFFICER JOHN McKAY

*(Enter above the full name of the defendant*
*or defendants in this action).*

## COMPLAINT

**I.**    **Previous Lawsuits**

     A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          Yes   YES      No \_\_\_\_

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs: PRINCE A. PRICE

   Defendants: REGIONAL JAIL AUTHORITY

2. Court (if federal court, name the district; if state court, name the county):

   SOUTHERN DISTRICT

3. Docket Number: 2:02 -1294

4. Name of judge to whom case was assigned:

   MARY E. STANLEY

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   DISMISSED

6. Approximate date of filing lawsuit: JAN 1, 02

7. Approximate date of disposition: Jan. 10, 03

2

II. **Place of Present Confinement:** SOUTH CENTRAL REGIONAL JAIL

    A. Is there a prisoner grievance procedure in this institution?

        Yes YES         No _____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes YES        No _____

    C. If your answer is YES:

        1. What steps did you take? FILED GRIEVANCE TO CHIEF CORR-ECTIONAL OFFICER, ADMINISTRATOR, EXCUTIVE DIRECTOR

        2. What was the result? THEY REFUSED TO AEKOWLEDGE THE SITUATION, AND REFUSED TO REPLY !!!

    D. If your answer is NO, explain why not: NA

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: PRINCE A PRICE

        Address: 1001 CENTRE WAY, S.CHAS. W.V. 25309

    B. Additional Plaintiffs and Address:

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant ~~STEVEN~~ STEVEN D. CANTERBUR~~Y~~

is employed as EXCUTIVE DIRECTOR

at W.V. REGIONAL JAIL AUTHORITY

D. Additional defendants: CHIEF CORRECTIONAL OFFICER JOHN McKA

WILLIAM L. FREDERICKS, ADMINISTRATOR

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

Myself as well as all the inmates in this jail, are not being provided with clothing that are climatically suitable. We are forced to take our 1hr, of out-door recreation wearing nothing more than shower shoes (SLIPPERS) and socks, when there's snow and ice on the ground. Also the coats we are provided have holes and are dry rotted, and missing buttons. These coats have no hoods nor pockets, andthey do not issue hats or gloves. (NEXT)

## IV. Statement of Claim (continued):

CONT. These coats are not water repellent, and they dont issue rain coats, so therefore when it rains we get soaked !!! Inmates like myself who are confined to our cells for 23 hrs. a day look forward to our one hr. a day since it's all we get of any type of exercise. This either prevents us from taking our rec or for fear of our health or puts our health at risk when we do !!! As I explained, I've tryed to let them (REGIONAL JAIL SYSTEM) no about our concern and as I stated they do not care and I WAS TOLD by LT.McKAY THAT AS LONG AS HE WAS THE CHIEF CORRECTIONAL -OFFICER IN CHARGE, THAT WE WOULD CONTINUE TO WEAR WHAT WE HAVE!

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Iwould ask that this Honorable COURT orders the Regional jail authority to provide the inmates with clothes that are suitable for what ever the weather condition, and that we be supplyed wit foot wear that is proper for winter weather, as well as clothing that is durable and in good condition. (SPECIFICALLY) RAIN COATS BOOTS FOR WINTER, TENNIS SHOES FOR SUMMER OUT-DOORR exercise, and ea##s COATS WITH HOODS OR HATS TO COVER OUR HEADS, AND GLOVES OR POCKETS ON THE COATS

5

## V. Relief (continued)

_____

_____

_____

_____

## VII. Counsel

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____NA_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____   No NO

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _____LIMITED ACCESS_____

_____

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____   No NO

6

If so, state the lawyer's name and address:

NA

Signed this __23__ day of __APRIL__, 20_03_.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __23, APRIL 2003__
(Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)